| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | HANNI FAKHOURY |
| | Assistant Federal Public Defender |
| 3 | 1301 Clay Street, Suite 1350N |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 637-3500 |
| | Facsimile: (510) 637-3507 |
| 5 | Email: Hanni_Fakhoury@fd.org |

Attorneys for Virginia Villegas

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-511-MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS HEARING AND SET CHANGE OF PLEA HEARING NOVEMBER 17, 2017 |
| v. | |
| VIRGINIA VILLEGAS, | |
| Defendant. | Date: November 14, 2017<br>Time: 9:30 a.m. |

Ms. Villegas is charged in a one count information with misappropriation of postal funds, in violation of 18 U.S.C. § 1711. She is out of custody. A status hearing in this case is set for November 14, 2017. The parties have reached a plea agreement and request the Court vacate the status hearing and reset the hearing to a change of plea hearing to take place on November 17, 2017 at 9:30 a.m. The government will submit the proposed plea agreement to the Court by the close of business on Monday November 13, 2017.

DATED: November 13, 2017  
/s/  
HANNI M. FAKHOURY  
Assistant Federal Public Defender

DATED: November 13, 2017  
/s/  
SAMANTHA SCHOTT  
Special Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS HEARING AND SET CHANGE OF PLEA HEARING  
*United States v. Villegas,* 17-511-MAG

## [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby vacates the November 14, 2017 status hearing and sets a change of plea hearing on November 17, 2017 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 11/13/17

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS HEARING AND SET CHANGE OF PLEA HEARING
*United States v. Villegas,* 17-511-MAG